1012

[No. 32275-3-I.     Division One.     May 9, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. UMBERTO VASQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-06101-1, Anne L. Ellington, J., entered January 25, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 31326-6-I.     Division One.     May 9, 1994.]

ROBERT COOK, ET AL, *Respondents*, v. MARGARET E. TORNFELT, *as Personal Representative, Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-2-06647-3, John F. Wilson, J., entered August 7, 1992. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Webster, C.J., and Agid, J.

[No. 29702-3-I.     Division One.     May 9, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMIE DARNELL BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-04426-7, Robert E. Dixon, J., entered December 6, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 32977-4-I.     Division One.     May 9, 1994.]

NTM, INC., *Respondent*, v. VERNELLS FINE CANDIES, INC., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-24618-1, Michael Hayden, J., entered May 26, 1993. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Kennedy and Agid, JJ.